## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHERYL D. WASHINGTON**                                    **PLAINTIFF**

**v.**                              **No. 4:14-cv-382-DPM**

**KROGER**                                              **DEFENDANT**

## JUDGMENT

The complaint is dismissed without prejudice for failure to prosecute.

LOCAL RULE. 5.5(c).

_D.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

22 May 2015